UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X          **ORDER**
**Mordechai Deutsh**                                                 12-CV-06238 (NGG) (RER)
*on behalf of himself and all other similarly situated consumers*
       Plaintiff,

       against-

**Budzik & Dynia, LLC**
       Defendant
----------------------------------------------------------X

    Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __ANSWERED__.

2. No additional parties may be joined after __May 17, 2013__.

3. No amendment of the pleadings will be permitted after __June 3, 2013__.

4. Date for completion of automatic disclosures required by Rule 26(a) (1) of the Federal Rules of Civil Procedure, if not yet made: ~~June 17, 2013~~ . 5/17/13

5. The parties shall make required Rule 26(a) (2) disclosures with respect to:

    (a)    Expert witnesses on or before __July 1, 2013__.

    (b)    Rebuttal expert witnesses on or before __July 21, 2013__.

6. All discovery, including depositions of experts, shall be completed on or before __Sep. 17__, 2013 (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of discovery.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)?
No __✓__ (**Do not indicating which party has declined.**)  Yes ____ (Fill out the *AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge F*orm).
The form can be accessed at the following link:http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for _____, to be initiated by Plaintiff or Defendant (Circle one).
   *(The Court will schedule the conference listed above.)

10. Status Conference will be held on __6/20/13 @ 10:00am__
    * (The Court will schedule the conference listed above)

11. A Final Pre-trial conference will be held on __9/18/13 @ 10:30am__
    *(The Court will schedule the conference listed above.)

12. This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
       __4/17__, 2013

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

_____
NAME: David Palace, Esq.
Attorney for Plaintiff
ADDRESS: 383 Kingston Ave. #113, Brooklyn, NY 11213
E-mail: davidpalaceesq@gmail.com
Tel.: 347-651-1077
Fax: 347-464-0012

_____
NAME: Andrew Keum, Esq.
Attorney for Defendant
ADDRESS: 33 Wood Ave. South, # 600 Iselin, NJ 08830
E-mail: andrew@sonkeum.com
Tel.: 609-759-1449
Fax: 888-867-5718